IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00286-RPM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMONA GONZALES,

    Defendant,

and

SPOKANE PUBLIC SCHOOLS,

    Garnishee.

## GARNISHEE ORDER

**Michael E. Hegarty, United States Magistrate Judge**.

    On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that Garnishee Spokane Public Schools shall, each pay period, pay 25% of Defendant's disposable wages to the United States and shall continue said payments until the judgment debt herein is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to the Defendant, or until further order of this Court.

    Dated this 26th day of March, 2008, in Denver, Colorado.

                                           BY THE COURT:

                                           _s/ Michael E. Hegarty_____
                                           Michael E. Hegarty
                                           United States Magistrate Judge