IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00286-RPM-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RAMONA GONZALES,

    Defendant,

and

SPOKANE PUBLIC SCHOOLS,

    Garnishee.

---

## ORDER OF DISMISSAL

**Michael E. Hegarty, United States Magistrate Judge**.

    On motion of the United States, and good cause appearing, IT IS HEREBY ORDERED that the Writ of Garnishment directed to Spokane Public Schools is hereby **dismissed**.

    Dated this 15th day of August, 2008, in Denver, Colorado.

                      BY THE COURT:

                        s/ Michael E. Hegarty
                        Michael E. Hegarty
                        United States Magistrate Judge